**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

David E Kelly,

        Plaintiff,

v.

Raymond Cedric Young, et al.,

        Defendants.

No. CV-25-02376-PHX-MTL

**ORDER**

The Court previously screened Plaintiff's Complaint and dismissed all defendants except Defendant Raymond Cedric Young. (Doc. 43.) The Court granted Plaintiff's Motion for Service by U.S. Marshals Service. (*Id.* at 16.) The Clerk of Court sent Plaintiff a service packet, and Plaintiff returned the service packet, but when USMS attempted service at the address indicated by Plaintiff, the packet was returned unexecuted. (Doc. 47.) USMS noted that Mr. Young did not reside at the address provided by Plaintiff. (*Id.*)

As the Court stated in its prior Order (Doc. 55), in circumstances where a pro se plaintiff fails to provide USMS with accurate and sufficient information to effect service of the summons and complaint, the Court's sua sponte dismissal of the unserved defendant is appropriate. *See Walker v. Summer*, 14 F.3d 1415, 1421-22 (9th Cir. 1994). The Court nonetheless ordered Plaintiff to show cause why Mr. Young should not be dismissed and afforded Plaintiff the opportunity to furnish sufficient information to effectuate service. (Doc. 55 at 1-2.) The Court admonished Plaintiff that "[i]f Plaintiff is unable to provide the Marshals Service with additional information allowing it to effectuate service, Defendant

will be dismissed." (*Id.*)

Plaintiff filed a Motion for Extension of Time to Effect Service and for Reissuance of Summons with Alternative Service (Doc. 56). Plaintiff requested authorization for service by USMS upon two new addresses, or in the alternative, authorize alternative service by electronic mail. (*Id.*) The Court authorized USMS to attempt service at an additional address, denied Plaintiff's request for alternative service as premature, and admonished Plaintiff that "no further service attempts via USMS will be permitted absent extraordinary circumstances." (Doc. 57.) On April 30, 2026, service was returned unexecuted at the new address, with the remark: "subject of process no longer lives at listed address with no forwarding address." (Doc. 58 at 1) (citation modified). Plaintiff has not since filed a motion for alternative service.

Because Plaintiff has failed to provide USMS with sufficient information to effect service of the summons and complaint on Defendant Raymond Cedric Young, the last remaining defendant, the Court will dismiss him and close this case. *See Walker*, 14 F.3d at 1421-22.

**IT IS THEREFORE ORDERED** that Defendant Raymond Cedric Young is **DISMISSED**, without prejudice, from this action. There are no remaining Defendants.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter a judgment of dismissal, without prejudice, and close this case.

Dated this 12th day of May, 2026.

Michael T. Liburdi
United States District Judge

- 2 -